Henrik Mosesi, Esq. (SBN: 189672)
**Law Offices of Henrik Mosesi**
433 N. Camden Dr., 6th Floor
Beverly Hills, CA 90210
Tel.: 310-734-4269
Fax: 310-734-4053
henry@mosesi.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**SAN DIEGO**

| | |
|---|---|
| MALIBU MEDIA, LLC,<br>Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 75.85.166.160,<br>Defendant. | Case Number: 3:16-cv-01912-MMA-AGS<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT JOHN DOE** |

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action without prejudice. John Doe was assigned IP Address 75.85.166.160. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: March 7, 2017

Respectfully submitted,

LAW OFFICES OF HENRIK MOSESI

By: *<u>/s/ Henrik Mosesi</u>*
HENRIK MOSESI, ESQ

Attorney for Malibu Media, LLC
E-mail: henry@mosesi.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 7, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: *<u>/s/ Henrik Mosesi</u>*
HENRIK MOSESI, ESQ